

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

41 Madison Avenue
20th Floor
New York, NY 10010
tel 212.382.0909
fax 212.382.3456

New Jersey

San Francisco

Los Angeles

Orange County

Miami

Chicago

Washington, D.C.

London

www.pecklaw.com

VIA E-MAIL

March 13, 2013

Hon. Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   Metropolitan Enterprises, Inc. v. Federal Insurance Company
      Case No. 12 Civ 5629 (AJN)
      Our File Number: 5197/ 228740

Dear Judge Nathan:

This firm represents defendant, Federal Insurance Company, in the referenced action.

We write in response to Plaintiff's March 12, 2013 letter to this Court, pursuant to which the Plaintiff now asks for the deposition of the Vice President of Beys Specialty, Inc., Anna Kougentakis.

We believe that due to the late hour of the request, Plaintiff has waived its right to take the deposition of Ms. Kougentakis. However, if the Court should order that she be deposed, we will make her available after March 18, 2013 because she is presently out of the county on her honeymoon.

Respectfully,

Richard R. Volack

Richard R. Volack

cc: Manny Frade, Esq.
    Vivian Katsantonis, Esq.
    Beth Dorfman, Esq.



84883